Jay J. Schuttert, Esq. (SBN 8656)
Hayley E. LaMorte, Esq. (SBN 14241)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efsmmlaw.com
Email: hlamorte@efsmmlaw.com

*Attorneys for Defendant*
*Schindler Elevator Corporation*

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| NORMA HERMINIA CANON, individually, <br><br> Plaintiff, <br><br> vs. <br><br> SAHARA HOTEL & CASINO, TK ELEVATOR CORPORATION, f/k/a THYSSENKRUPP ELEVATOR CORPORATION, a Foreign Corporation, SCHINDLER ELEVATOR CORPORATION, a Foreign Corporation; DOE EMPLOYEES 1-XX; DOES 1-XX, ROE CORPORATIONS 1-XX, inclusive, | Case No. 2:24-cv-00137-GMN-MDC <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

   IT IS STIPULATED, by and between Plaintiff Norma Herminia Canon and Defendant Schindler Elevator Corporation, through their undersigned counsel of record, that all remaining claims in the above-captioned matter be dismissed in their entirety with prejudice, with each party to bear their own costs and attorneys' fees.

   **NOW THEREFORE, IT IS STIPULATED AND AGREED** that Plaintiff's Complaint is dismissed with prejudice against Defendant Schindler Elevator Corporation; and

   **IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own attorneys' fees and costs incurred in this action.

| | |
|---|---|
| **EVANS FEARS SCHUTTERT MCNULTY MICKUS** | **SPRENZ LAW** |
| */s/ Jay J. Schuttert* | */s/ Kevin A. Sprenz* |
| Jay J. Schuttert, Esq. (SBN 8656) | Kevin A. Sprenz, Esq. (SBN 7924) |
| Hayley E. LaMorte, Esq. (SBN 14241) | 9960 W. Cheyenne Avenue, Suite 170 |
| 6720 Via Austi Parkway, Suite 300 | Las Vegas, NV 89129 |
| Las Vegas, NV 89119 | |
| | *Attorneys for Plaintiff Norma Herminia Canon* |
| *Attorneys for Defendant Schindler Elevator Corporation* | |

## ORDER

**IT IS SO ORDERED**.

Dated this  13   day of February 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

*Respectfully submitted by*:

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ Jay J. Schuttert*
Jay J. Schuttert, Esq. (SBN 8656)
Hayley E. LaMorte, Esq. (SBN 14241)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

*Attorneys for Defendant Schindler Elevator Corporation*